# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0041. MARK ENGHAUSER v. THE STATE.**

The Douglasville Municipal Court found Mark Enghauser guilty of speeding. Enghauser then filed this direct appeal. As a general rule, orders of a municipal court must be appealed to the superior court. See OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court). If the party is then aggrieved by the decision of the superior court, an application for discretionary appeal may be filed in this Court. See OCGA § 5-6-35 (a) (1).

Under Court of Appeals Rule 11 (b), "[w]hen an appeal or application filed in this Court is within the jurisdiction of another court, it shall be transferred by order to that court." Accordingly, this appeal is hereby TRANSFERRED to the Douglas County Superior Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/31/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.